IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Clarence E. Brown, :
:
    Plaintiff(s), :
: Case Number: 1:13cv234
vs. :
: Chief Judge Susan J. Dlott
Commissioner of Social Security, :
:
    Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on April 11, 2014 (Doc. 15), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired April 28, 2014, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's case is **DISMISSED** in its entirety for want of prosecution and for failure to obey an Order of the Court.

The Court certifies pursuant to 28 U.S.C. § 1915(a) that an appeal of any Order adopting the Report and Recommendation will not be taken in good faith and therefore **DENIES** plaintiff leave to appeal *in forma pauperis* in the Court of Appeals.

Plaintiff remains free to apply to proceed *in forma pauperis* in the Court of Appeals. *See Callihan v. Schneider,* 178 F.3d 800, 803 (6th Cir. 1999), overruling in part *Floyd v. United States Postal Serv.,* 105 F.3d 274 (6th Cir. 1997).

IT IS SO ORDERED.

                                                                                         s/Susan J. Dlott
                                                                 Chief Judge Susan J. Dlott
                                                                United States District Court